IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thurman, Stephanie

Printed: 12/19/07

Case Number: 06 B 00006
Judge: Squires, John H
Filed: 1/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 7, 2007
Confirmed: October 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,989.00 |  |
| Secured: |  | 2,434.31 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,355.70 |
| Trustee Fee: |  | 198.99 |
| Other Funds: |  | 0.00 |
| Totals: | 3,989.00 | 3,989.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 192.50 | 192.50 |
| 2. | Robert J Semrad & Associates | Administrative | 1,163.20 | 1,163.20 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | United Auto Credit | Secured | 14,088.76 | 2,434.31 |
| 5. | Washington Mutual Bank FA | Secured | 20,793.49 | 0.00 |
| 6. | Internal Revenue Service | Priority | 15,600.46 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 669.74 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 537.18 | 0.00 |
| 9. | United Auto Credit | Unsecured | 218.07 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 573.23 | 0.00 |
|  |  |  | $ 53,836.63 | $ 3,790.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 131.39 |
| 5.4% | 67.60 |
|  | $ 198.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thurman, Stephanie

Printed:  12/19/07

Case Number:  06 B 00006
Judge:  Squires, John H
Filed:  1/2/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

